**Annmarie SEREM, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SE-
CURITY ADMINISTRATION,
Defendant–Appellee.**

No. 15–1518.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 28, 2016.

Decided: Feb. 26, 2016.

W. Daniel Mayes, Smith, Massey, Bro-
die, Guynn & Mayes, P.A., Aiken, South
Carolina, for Appellant. William N. Net-
tles, United States Attorney, Columbia,
South Carolina; Molly E. Carter, Special
Assistant United States Attorney, Social
Security Administration, Boston, Massa-
chusetts, for Appellee.

`` Before AGEE and DIAZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Annmarie Serem appeals the district
court's order accepting the magistrate
judge's recommendation and upholding the
Commissioner's denial of her application
for disability insurance benefits. Our re-
view of the Commissioner's determination
is limited to evaluating whether the find-
ings are supported by substantial evidence
and whether the correct law was applied.
*See Mascio v. Colvin,* 780 F.3d 632, 634
(4th Cir.2015). We have thoroughly re-
viewed the parties' briefs, the administra-
tive record, and the joint appendix, and we
discern no reversible error. Accordingly,
we affirm the district court's judgment.
*Serem v. Comm'r of Soc. Sec. Admin.,* No.
1:13–cv–02705–JMC (D.S.C. Mar. 30,
2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*